JS6

# UNTIED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TRINITY CAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>E MORTGAGE CAPITAL, INC., a California Corporation,<br><br>Defendant | Case No. 8:23-cv-01933-DOC-KES<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation, this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**

DATED: February 20, 2024

_David O. Carter_
David O. Carter
United States District Judge